**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE**, Assistant City Attorney (SBN 115453)
**GEOFFREY PLOWDEN**, Deputy City Attorney (SBN146602)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038; Fax No.: (213) 978-8785

Attorneys for Defendants
**CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMYNE CANNICK,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a public entity, CHARLIE BECK, RAUL PEDROZA, LAPD OFFICER MARTINEZ #34593, and DOES 1 through 10, Inclusive,<br><br>        Defendants. | **CASE NO. CV16-08965 (GJS)**<br><br>**ANSWER OF DEFENDANT, CITY OF LOS ANGELES, TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

DEFENDANT CITY OF LOS ANGLEES, answers the Plaintiff's FIRST AMENDED COMPLAINT FOR DAMAGES for itself and for no other parties, admits, denies and alleges as follows:

1.   Answering paragraph 1, defendant admits the allegations contained therein.

2.   Answering paragraph 2, defendant admits the allegations contained therein.

3.   Answering paragraph 3, defendant denies the allegations contained

therein.

4. Answering paragraph 4, defendant denies the allegations contained therein.

5. Answering paragraph 5, defendant admits the allegations contained therein.

6. Answering paragraph 6, defendant admits the allegations contained therein.

7. Answering paragraph 7, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering paragraph 8, defendant denies the allegations contained therein.

9. Answering paragraph 9, defendant denies the allegations contained therein.

10. Answering paragraph 10, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering paragraph 11, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

14. Answering paragraph 14, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

15. Answering paragraph 15, defendant denies the allegations contained therein.

16. Answering paragraph 16, defendant denies the allegations contained therein.

17. Answering paragraph 17, defendant denies the allegations contained therein.

18. Answering paragraph 18, defendant denies the allegations contained therein.

19. Answering paragraph 19, defendant denies the allegations contained therein.

20. Answering paragraph 20, defendant denies the allegations contained therein.

21. Answering paragraph 21, defendant denies the allegations contained therein.

22. Answering paragraph 22, defendant denies the allegations contained therein.

23. Answering paragraph 23, defendant denies the allegations contained therein.

24. Answering paragraph 24, defendant denies the allegations contained therein.

25. Answering paragraph 25, defendant denies the allegations contained therein.

26. Answering paragraph 26, defendant denies the allegations contained therein.

27. Answering paragraph 27, defendant denies the allegations contained therein.

28. Answering paragraph 28, defendant denies the allegations contained therein.

29. Answering paragraph 29, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

30. Answering paragraph 30, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

31. Answering paragraph 31, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

32. Answering paragraph 32, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

33. Answering paragraph 33, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

34. Answering paragraph 34, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

35. Answering paragraph 35, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

36. Answering paragraph 36, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

37. Answering paragraph 37, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

38. Answering paragraph 38, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

39. Answering paragraph 39, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

40. Answering paragraph 40, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

41. Answering paragraph 41, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

42. Answering paragraph 42, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

43. Answering paragraph 43, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

1       44.      Answering paragraph 44, the cause of action is not alleged against the
2 answering defendant, and on that basis the paragraph goes unanswered.
3       45.      Answering paragraph 45, the cause of action is not alleged against the
4 answering defendant, and on that basis the paragraph goes unanswered.
5       46.      Answering paragraph 46, the cause of action is not alleged against the
6 answering defendant, and on that basis the paragraph goes unanswered.
7       47.      Answering paragraph 47, which incorporates by reference the
8 allegations of other paragraphs of the pleading, defendant to the same extent
9 incorporates by reference the answers provided herein to those paragraphs.
10       48.      Answering paragraph 48, defendant denies the allegations contained
11 therein.
12       49.      Answering paragraph 49, defendant denies the allegations contained
13 therein.
14       50.      Answering paragraph 50, defendant denies the allegations contained
15 therein.
16       51.      Answering paragraph 51, defendant denies the allegations contained
17 therein.
18       52.      Answering paragraph 52, defendant denies the allegations contained
19 therein.
20       53.      Answering paragraph 53, which incorporates by reference the
21 allegations of other paragraphs of the pleading, defendant to the same extent
22 incorporates by reference the answers provided herein to those paragraphs.
23       54.      Answering paragraph 54, defendant denies the allegations contained
24 therein.
25       55.      Answering paragraph 55, defendant denies the allegations contained
26 therein.
27       56.      Answering paragraph 56, defendant denies the allegations contained
28 therein.

1     57.    Answering paragraph 57, defendant denies the allegations contained
2  therein.
3     58.    Answering paragraph 58, defendant denies the allegations contained
4  therein.
5     59.    Answering paragraph 59, defendant denies the allegations contained
6  therein.
7     60.    Answering paragraph 60, defendant denies the allegations contained
8  therein.
9     61.    Answering paragraph 61, the cause of action is not alleged against the
10 answering defendant, and on that basis the paragraph goes unanswered.
11    62.    Answering paragraph 62, the cause of action is not alleged against the
12 answering defendant, and on that basis the paragraph goes unanswered.
13    63.    Answering paragraph 63, the cause of action is not alleged against the
14 answering defendant, and on that basis the paragraph goes unanswered.
15    64.    Answering paragraph 64, the cause of action is not alleged against the
16 answering defendant, and on that basis the paragraph goes unanswered.
17    65.    Answering paragraph 65, the cause of action is not alleged against the
18 answering defendant, and on that basis the paragraph goes unanswered.
19    66.    Answering paragraph 66, the cause of action is not alleged against the
20 answering defendant, and on that basis the paragraph goes unanswered.
21    67.    Answering paragraph 67, the cause of action is not alleged against the
22 answering defendant, and on that basis the paragraph goes unanswered.
23    68.    Answering paragraph 68, the cause of action is not alleged against the
24 answering defendant, and on that basis the paragraph goes unanswered.
25    69.    Answering paragraph 69, the cause of action is not alleged against the
26 answering defendant, and on that basis the paragraph goes unanswered.
27    70.    Answering paragraph 70, the cause of action is not alleged against the
28 answering defendant, and on that basis the paragraph goes unanswered.

1    71.    Answering paragraph 71, the cause of action is not alleged against the
2 answering defendant, and on that basis the paragraph goes unanswered.
3    72.    Answering paragraph 72, the cause of action is not alleged against the
4 answering defendant, and on that basis the paragraph goes unanswered.
5    73.    Answering paragraph 73, the cause of action is not alleged against the
6 answering defendant, and on that basis the paragraph goes unanswered.
7    74.    Answering paragraph 74, the cause of action is not alleged against the
8 answering defendant, and on that basis the paragraph goes unanswered.
9    75.    Answering paragraph 75, the cause of action is not alleged against the
10 answering defendant, and on that basis the paragraph goes unanswered.
11    76.    Answering paragraph 76, which incorporates by reference the
12 allegations of other paragraphs of the pleading, defendant to the same extent
13 incorporates by reference the answers provided herein to those paragraphs.
14    77.    Answering paragraph 77, defendant denies the allegations contained
15 therein.
16    78.    Answering paragraph 78, defendant denies the allegations contained
17 therein.
18    79.    Answering paragraph 79, defendant denies the allegations contained
19 therein.
20    80.    Answering paragraph 80, defendant denies the allegations contained
21 therein.
22    81.    Answering paragraph 81, which incorporates by reference the
23 allegations of other paragraphs of the pleading, defendant to the same extent
24 incorporates by reference the answers provided herein to those paragraphs.
25    82.    Answering paragraph 82, defendant denies the allegations contained
26 therein.
27    83.    Answering paragraph 83, defendant denies the allegations contained
28 therein.

1       84.    Answering paragraph 84, defendant denies the allegations contained therein.

85.    Answering paragraph 85, defendant denies the allegations contained therein.

86.    Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

87.    Answering paragraph 87, defendant denies the allegations contained therein.

88.    Answering paragraph 88, defendant denies the allegations contained therein.

89.    Answering paragraph 89, defendant denies the allegations contained therein.

90.    Answering paragraph 90, defendant denies the allegations contained therein.

91.    Answering paragraph 91, defendant denies the allegations contained therein.

92.    Answering paragraph 92, defendant denies the allegations contained therein.

93.    Answering paragraph 93, defendant denies the allegations contained therein.

94.    Answering paragraph 94, defendant denies the allegations contained therein.

95.    Answering paragraph 95, defendant denies the allegations contained therein.

96.    Answering paragraph 96, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

97. Answering paragraph 97, defendant denies the allegations contained therein.

98. Answering paragraph 98, defendant denies the allegations contained therein.

99. Answering paragraph 99, defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendant alleges each of the following:

1. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

2. The action is barred for lack of standing to sue.

3. The action is barred by the doctrine of res judicata.

4. Defendant's actions are privileged pursuant to Civil Code § 47.

5. As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

6. The answering defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

7. As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of witness immunity.

8. As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of prosecutorial immunity.

9. Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

10. Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

  Government Code §§ 815.2; 818; 818.8; 820.2; 820.4; 820.8; 820.9; 821.6; 822.2 and 845.

  Penal Code §§ 836.5 and 847.

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

That defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 7, 2017

      **MICHAEL N. FEUER**, City Attorney
      **THOMAS H. PETERS**, Chief Asst City Atty
      **CORY M. BRENTE**, Sup.Asst. City Attorney

By: /s/ *Geoffrey Plowden*
      **GEOFFREY PLOWDEN**
      Deputy City Attorney

*Attorneys for Defendant,*
**CITY OF LOS ANGELES**