ROBERT S. BROWN, State Bar No. 187845
**ROBERT STANFORD BROWN, APC**
714 W. Olympic Boulevard, Suite 450
Los Angeles, California 90015
Telephone: (213) 745-6300
Facsimile: (213) 261-3906
rstanfordbrown@gmail.com

NANA GYAMFI, State Bar No. 171480
**NANA GYAMFI, ATTORNEY**
7526 Crenshaw Blvd.
Los Angeles, CA 90043
Telephone: (323) 947-9772
attorneygyamfi@gmail.com

Attorneys for Plaintiff JASMYNE CANNICK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMYNE CANNICK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity, CHARLIE BECK, RAUL PEDROZA, LAPD OFFICER MARTINEZ #34593, and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-08965-CAS-RAO<br><br>**STIPULATION FOR FILING SECOND AMENDED COMPLAINT** |

)
)
)

WHEREAS, Plaintiff filed a Complaint in this action on December 2, 2016.

WHEREAS, Plaintiff filed a First Amended Complaint on December 6, 2016, prior to serving any Defendant. Subsequently, Plaintiff discovered minor errors within the Complaint, regarding dates that need to be corrected.

WHEREAS, Plaintiff served the First Amended Complaint on Defendant City of Los Angeles on December 16, 2016.

WHEREAS, Defendant City of Los Angeles filed its Answer on January 8, 2017.

WHEREAS, Plaintiff's counsel, Robert S. Brown, contacted Defendant's counsel, Geoffrey Plowden ("Mr. Plowden") to request if he would be willing to: 1) stipulate to an amendment of the First Amended Complaint; and, 2) to accept service on behalf of the individual Defendants.

WHEREAS, Mr. Plowden agreed to stipulate to Plaintiff amending the First Amended Complaint.

WHEREAS, Plaintiff has corrected the minor errors and prepared the Second Amended Complaint attached as Exhibit A.

WHEREAS, Plaintiff will immediately serve the Second Amended Complaint on the individual Defendants upon the Court's approval of this Stipulation.

WHEREAS, Plaintiff's filing of the Second Amended Complaint will not delay compliance with any of the case management deadlines ordered by the Court.

/ / /
/ / /
/ / /
/ / /

NOW, THEREFORE, IT IS STIPULATED by and between the parties through their respective attorneys of record that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended Complaint in the form of the Second Amended Complaint attached as Exhibit A.

Dated: February 13, 2017               ROBERT STANFORD BROWN, APC


                                       By:      /S/ Robert S. Brown
                                       _____
                                       Robert S. Brown
                                       Nana Gyamfi
                                       Attorneys for JASMYNE CANNICK


Dated: February 13, 2017               LOS ANGELES CITY ATTORNEY'S OFFICE


                                       By:      /S/ Geoffrey Plowden
                                       _____
                                       Geoffrey Plowden
                                       Attorney for Defendant CITY OF LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR FILING SECOND AMENDED COMPLAINT