# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JASMYNE CANNICK | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 16-8965 CAS |
| v. | |
| CITY OF LOS ANGELES, et al. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .

February 16, 2017
Date

*Christine A. Snyder*
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Percy Anderson__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __PA__ after the case number in place of the initials of the prior judge so that the case number will read __2:16-cv-08965 PA(RAOx)__ . This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (10/16)                          ORDER RETURNING CASE FOR REASSIGNMENT