**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE**, Assistant City Attorney (SBN 115453)
**GEOFFREY PLOWDEN**, Deputy City Attorney (SBN146602)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038; Fax No.: (213) 978-8785

*Attorneys for Defendants*
**CITY OF LOS ANGELES, CHARLIE BECK, RAUL PEDROZA and JESUS MARTINEZ**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASMYNE CANNICK,

Plaintiff,

v.

CITY OF LOS ANGELES, a public entity, CHARLIE BECK, RAUL PEDROZA, LAPD OFFICER MARTINEZ #34593, and DOES 1 through 10, Inclusive,

Defendants.

**CASE NO. CV16-08965 PA (RAO)**

**ANSWER OF DEFENDANTS, CHARLIE BECK, RAUL PEDROZA AND JESUS MARTINEZ TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

DEFENDANTS, CHARLIE BECK, RAUL PEDROZA AND JESUS MARTINEZ, answer the Plaintiff's *SECOND* AMENDED COMPLAINT FOR DAMAGES for themselves and for no other parties, admit, deny and allege as follows:

1. Answering paragraph 1, defendants admit the allegations contained therein.

2. Answering paragraph 2, defendants admit the allegations contained therein.

3. Answering paragraph 3, defendants deny the allegations contained therein.

4. Answering paragraph 4, defendants deny the allegations contained therein.

5. Answering paragraph 5, defendants admit the allegations contained therein.

6. Answering paragraph 6, defendants admit the allegations contained therein.

7. Answering paragraph 7, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, defendants deny the allegations contained therein.

9. Answering paragraph 9, defendants deny the allegations contained therein.

10. Answering paragraph 10, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

11. Answering paragraph 11, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12. Answering paragraph 12, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

14. Answering paragraph 14, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

15. Answering paragraph 15, defendants deny the allegations contained

therein.

16. Answering paragraph 16, defendants deny the allegations contained therein.

17. Answering paragraph 17, defendants deny the allegations contained therein.

18. Answering paragraph 18, defendants deny the allegations contained therein.

19. Answering paragraph 19, defendants deny the allegations contained therein.

20. Answering paragraph 20, defendants deny the allegations contained therein.

21. Answering paragraph 21, defendants deny the allegations contained therein.

22. Answering paragraph 22, defendants deny the allegations contained therein.

23. Answering paragraph 23, defendants deny the allegations contained therein.

24. Answering paragraph 24, defendants deny the allegations contained therein.

25. Answering paragraph 25, defendants deny the allegations contained therein.

26. Answering paragraph 26, defendants deny the allegations contained therein.

27. Answering paragraph 27, defendants deny the allegations contained therein.

28. Answering paragraph 28, defendants deny the allegations contained therein.

29. Answering paragraph 29, the cause of action is not alleged against the

answering defendants, and on that basis the paragraph goes unanswered.

30. Answering paragraph 30, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

31. Answering paragraph 31, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

32. Answering paragraph 32, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

33. Answering paragraph 33, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

34. Answering paragraph 34, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

35. Answering paragraph 35, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

36. Answering paragraph 36, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

37. Answering paragraph 37, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

38. Answering paragraph 38, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

39. Answering paragraph 39, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

40. Answering paragraph 40, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

41. Answering paragraph 41, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

42. Answering paragraph 42, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

43. Answering paragraph 43, the cause of action is not alleged against the

answering defendants, and on that basis the paragraph goes unanswered.

44. Answering paragraph 44, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

45. Answering paragraph 45, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

46. Answering paragraph 46, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

47. Answering paragraph 47, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

48. Answering paragraph 48, defendants deny the allegations contained therein.

49. Answering paragraph 49, defendants deny the allegations contained therein.

50. Answering paragraph 50, defendants deny the allegations contained therein.

51. Answering paragraph 51, defendants deny the allegations contained therein.

52. Answering paragraph 52, defendants deny the allegations contained therein.

53. Answering paragraph 53, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

54. Answering paragraph 54, defendants deny the allegations contained therein.

55. Answering paragraph 55, defendants deny the allegations contained therein.

56. Answering paragraph 56, defendants deny the allegations contained

therein.

57. Answering paragraph 57, defendants deny the allegations contained therein.

58. Answering paragraph 58, defendants deny the allegations contained therein.

59. Answering paragraph 59, defendants deny the allegations contained therein.

60. Answering paragraph 60, defendants deny the allegations contained therein.

61. Answering paragraph 61, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

62. Answering paragraph 62, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

63. Answering paragraph 63, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

64. Answering paragraph 64, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

65. Answering paragraph 65, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

66. Answering paragraph 66, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

67. Answering paragraph 67, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

68. Answering paragraph 68, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

69. Answering paragraph 69, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

70. Answering paragraph 70, the cause of action is not alleged against the

answering defendants, and on that basis the paragraph goes unanswered.

71. Answering paragraph 71, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

72. Answering paragraph 72, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

73. Answering paragraph 73, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

74. Answering paragraph 74, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

75. Answering paragraph 75, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

76. Answering paragraph 76, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

77. Answering paragraph 77, defendants deny the allegations contained therein.

78. Answering paragraph 78, defendants deny the allegations contained therein.

79. Answering paragraph 79, defendants deny the allegations contained therein.

80. Answering paragraph 80, defendants deny the allegations contained therein.

81. Answering paragraph 81, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

82. Answering paragraph 82, defendants deny the allegations contained therein.

83. Answering paragraph 83, defendants deny the allegations contained

therein.

84. Answering paragraph 84, defendants deny the allegations contained therein.

85. Answering paragraph 85, defendants deny the allegations contained therein.

86. Answering paragraph 86, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.

87. Answering paragraph 87, defendants deny the allegations contained therein.

88. Answering paragraph 88, defendants deny the allegations contained therein.

89. Answering paragraph 89, defendants deny the allegations contained therein.

90. Answering paragraph 90, defendants deny the allegations contained therein.

91. Answering paragraph 91, defendants deny the allegations contained therein.

92. Answering paragraph 92, defendants deny the allegations contained therein.

93. Answering paragraph 93, defendants deny the allegations contained therein.

94. Answering paragraph 94, defendants deny the allegations contained therein.

95. Answering paragraph 95, defendants deny the allegations contained therein.

96. Answering paragraph 96, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent

incorporates by reference the answers provided herein to those paragraphs.

97. Answering paragraph 97, defendants deny the allegations contained therein.

98. Answering paragraph 98, defendants deny the allegations contained therein.

99. Answering paragraph 99, defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendants allege each of the following:

1. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

2. The action is barred for lack of standing to sue.

3. The action is barred by the doctrine of res judicata.

4. Defendants' actions are privileged pursuant to Civil Code § 47.

5. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

6. The answering defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

7. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of witness immunity.

8. As to the federal claims and theories of recovery, the answering defendants are protected from liability under the doctrine of prosecutorial immunity.

9. Defendants City of Los Angeles and all defendants sued in their official

capacities are immune from the imposition of punitive damages.

10. Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2; 818; 818.8; 820.2; 820.4; 820.8; 820.9; 821.6; 822.2 and 845.

Penal Code §§ 836.5 and 847.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand and request a trial by jury in this matter.

That defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: March 28, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Asst City Atty
**CORY M. BRENTE**, Sup.Asst. City Attorney

By: /s/ Geoffrey Plowden
**GEOFFREY PLOWDEN**
Deputy City Attorney

*Attorneys for Defendants*
**CITY OF LOS ANGELES, CHARLIE BECK, RAUL PEDROZA and JESUS MARTINEZ**