UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8965 PA (RAOx) | Date | March 31, 2017 |
|---|---|---|---|
| Title | Jasmyne Cannick v. City of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

    Before the Court is a Joint Rule 26(f) Report (Docket No. 30) filed by plaintiff Jasmyne Cannick ("Plaintiff") and defendants City of Los Angeles, Charlie Beck, Raul Pedroza, and Jesus Martinez (collectively "Defendants").  According to the Joint Report:

> On March 10, 2017, Plaintiff's counsel, ("Brown") inquired whether Defendants, through their counsel ("Plowden") would be willing to stipulate to the dismissal of Plaintiff's federal claims. On March 13, 2017, Plowden responded that Defendant was not willing to stipulate. Timing considerations were paramount in Plaintiff's decision to file her action in federal court. Thus, Plaintiff will likely request that this Court dismiss her federal claims and remand her to state court.

(Joint Report, 3.)

    If, by April 10, 2017, Plaintiff elects to dismiss her federal claims, the Court would decline to exercise supplemental jurisdiction over her state law claims.  See 28 U.S.C. § 1367(c)(3).  Thereafter, if Plaintiff intends to refile those claims in state court, the statute of limitations would be tolled for a period of 30 days.  See id. § 1367(d).

    The Court continues the Scheduling Conference, currently on calendar for April 3, 2017, to April 17, 2017, at 10:30 a.m.

    IT IS SO ORDERED.