JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8965 PA (RAOx) | Date | April 17, 2017 |
|---|---|---|---|
| Title | Jasmyne Cannick v. City of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V.R. Vallery | Cindy Nirenberg | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nana Gyamfi<br>Robert Stanford Brown | Geoffrey R. Plowden |

**Proceedings:**     SCHEDULING CONFERENCE

Cause called; appearances made.

For reasons stated on the record, the Court grants plaintiff's oral motion to dismiss her federal claims without prejudice. Plaintiff's federal claims were the sole basis for the Court's subject matter jurisdiction. The Court has supplemental jurisdiction over Plaintiff's remaining state law claims under 28 U.S.C. § 1367(a). Once supplemental jurisdiction has been established under § 1367(a), a district court "can decline to assert supplemental jurisdiction over a pendant claim only if one of the four categories specifically enumerated in section 1367(c) applies." Exec. Software v. U.S. Dist. Court for the Cent. Dist. of Cal., 24 F.3d 1545, 1555–56 (9th Cir. 1994). The Court may decline supplemental jurisdiction under § 1367(c) if: "(1) the claim raises a novel or complex issue of State law, (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction, (3) the district court dismissed all claims over which it has original jurisdiction, or (4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction."

The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims because all claims over which the Court had original jurisdiction have now been dismissed. See 28 U.S.C. § 1367(c)(3). Plaintiff's state law claims are therefore dismissed without prejudice. Pursuant to 28 U.S.C. § 1367(d), the statute of limitations is tolled for a period of 30 days.

|  | : | 11 |
|---|---|---|
| Initials of Preparer | | VRV |